

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, April 30, 2015

No. 04-15-00047-CR

Vicente **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-09-0169-CRA
Honorable Stella Saxon, Judge Presiding

# O R D E R

The reporter's record in this appeal was due on March 17, 2015, but was not filed. In a letter dated March 23, 2015, this court notified Steve Turner that he is the court reporter responsible for timely filing the record and the record had not been filed. Our notice required Turner to file the record no later than April 22, 2015, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case Turner was required to file a notice so advising the court no later than March 27. We received no response to our letter.

We order **Steve Turner** to file the record in this court on or before **May 15, 2015** (59 days after the original due date). Turner is advised that the court will not grant a further extension of time unless he files a timely motion that (1) establishes there are extraordinary circumstances that prevent him from filing the record as ordered, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline. Turner is further advised that if the record is not received by the date ordered, we may order him to appear and show cause why he should not be held in contempt.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court